IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Frazier, Elizabeth W

Printed: 6/24/08

Case Number: 07 B 14919
Judge: Goldgar, A. Benjamin
Filed: 8/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 13, 2008
Confirmed: November 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,615.00 |  |
| Secured: |  | 587.30 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,886.49 |
| Trustee Fee: |  | 141.21 |
| Other Funds: |  | 0.00 |
| Totals: | 2,615.00 | 2,615.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 2,638.50 | 1,886.49 |
| 2. | More Equity | Secured | 0.00 | 0.00 |
| 3. | Popular Mortgage Services | Secured | 3,059.64 | 587.30 |
| 4. | More Equity | Secured | 20,310.03 | 0.00 |
| 5. | Popular Mortgage Services | Secured | 713.92 | 0.00 |
| 6. | Discover Financial Services | Unsecured | 630.90 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 38.60 | 0.00 |
| 8. | Capital One | Unsecured | 1,233.80 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 590.56 | 0.00 |
| 10. | Thomas R Hitchcock | Priority |  | No Claim Filed |
| 11. | Internal Revenue Service | Priority |  | No Claim Filed |
| 12. | Internal Revenue Service | Priority |  | No Claim Filed |
| 13. | Accident And Injury Center | Unsecured |  | No Claim Filed |
| 14. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 15. | AFNI | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 29,215.95 | $ 2,473.79 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 141.21 |
|  | _____ |
|  | $ 141.21 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Frazier, Elizabeth W | Case Number:  07 B 14919 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  6/24/08 | Filed:  8/17/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

